# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RIGOBERTO SILVA-AQUILAR , | ) | CV F   06-366 OWW DLB HC |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF RESPONDENT |
| v. | ) | |
| BERNIE ELLIS, | ) | [Doc. 8] |
| Respondent. | ) | |

  Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

  On October 12, 2007, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.[1]

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

---

[1] In fact, on October 1, 2007, the Findings and Recommendation was returned to the court as undeliverable with a notation that the inmate was gone.  (Court Doc. 9.)  Pursuant to Local Rule 83-182(f) each party is under a continuing duty to inform the Court of any change of address.  Absent such notice, service of documents at the prior address of record of the party is effective service.  Local Rule 83-182(f).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 17, 2007, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DENIED; and,
3. The Clerk of the Court is DIRECTED to enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:    December 21, 2007**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE